UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>      Plaintiff,<br><br>vs.<br><br>N. GRANNIS, Chief Inmate Appeals, *et al.*,<br><br>      Defendants. | Case No. 1:10-cv-01022-RRB<br><br>**ORDER Re:** *In Forma Pauperis* |

At Docket 19 the Court of Appeals referred this matter back to this Court for the limited purpose of determining whether *in forma pauperis* should be revoked. This Court had considered that issue and determined that reasonable jurists could not disagree with this Court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further.[1]  The Court cannot find any principled reason to reconsider and vacate its determination that any appeal would be frivolous or taken in bad faith.

**IT IS THEREFORE ORDERED** that the Court declines to reinstate Plaintiff's *in forma pauperis* status and it remains **REVOKED**.

---

[1]     Docket 14.

ORDER Re: In Forma Pauperis
Viillery v. Grannis, et al., 1:10-cv-01022-RRB - 1

The Clerk of the Court is directed to remit a copy of this Order to the Court of Appeals.

**IT IS SO ORDERED** this 19th day of September, 2013

                                                            S/ RALPH R. BEISTLINE
                                                            UNITED STATES DISTRICT JUDGE